# File Hashes for IP Address 98.222.184.69

**ISP:** Comcast Cable
**Physical Location:** Greenwood, IN

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/16/2013 03:04:14 | 0CE92EF780541EB7BFFD89D9ED528733B3D83B16 | Want You |
| 01/13/2013 17:47:53 | A3D2E44E922CAF5F39268A88B58B47905B81AD19 | Warm Inside |
| 01/13/2013 00:38:12 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 01/13/2013 00:36:10 | F7F3D256F23771D0AF985F28EB99B14553ED4960 | Farewell |
| 01/13/2013 00:21:13 | 1A7FE45AE2A0134A89C86BF3217DD14416BAB13A | Yoga in the Sky |
| 12/29/2012 04:42:50 | F36AC8C992E233BF0F5FE5860CB8757BC91074B8 | Together Again |
| 12/24/2012 03:36:06 | 227835892F01B19339F1599D5EEC92D2CA969779 | A Girls Fantasy |
| 12/09/2012 21:30:29 | 41EC762EA3071C2E54E80F7FA4B4B4412E50E1BD | Then They Were Three |
| 11/01/2012 02:36:34 | 780DF38C30647D65D3723D782F02A9BD70ADE51B | Starting Over |
| 10/23/2012 23:35:51 | FD81A065799EBC23DAF22C8D3E3CD35DFA2E2268 | A Day to Remember |
| 10/17/2012 23:00:23 | BCACC3C596F61D418DCFD40F511DF324A5C658C5 | Daydream |
| 09/24/2012 23:33:42 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 09/21/2012 02:23:22 | 34AA020D4C78AD23E1A741888887DBB6061C87DB | Underwater Lover |
| 09/07/2012 21:47:45 | 00E5D4B576D02733BB1E8233FD9F67F3A2B48583 | House of the Rising Sun |
| 09/01/2012 19:43:55 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |
| 08/15/2012 01:37:57 | 1C04978A2E1C92AF54502D9CB1C7A9287C0E8CFD | Coucher Avec une Autre Fille |
| 07/30/2012 19:06:18 | D598B4179311BC3A783D70C85158FD044D96D003 | Transcendence |
| 06/26/2012 00:22:41 | DE41AABB792C7386CC050F45B3A8575EAC514155 | Foot Fetish |
| 06/24/2012 16:14:05 | C3043E805840C8E4064912551FA173BA6E58C3F5 | Stay With Me |
| 06/08/2012 14:02:57 | 7376B16D5E78C06B5C6A1C06B7953E57081BEBDE | Lovers in Paradise |
| 06/08/2012 13:28:04 | BDA2C6D3A377FDBAEB81B7E663DD8D0D6A0E10AC | Constance Aaron X-Art on TV |
| 06/05/2012 05:46:13 | EA1E6AE4D6A32559A46D2005846FD8C3120A6A21 | LA Love |

EXHIBIT A

SIN20

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/03/2012 12:59:43 | 21629FC4676869D8336961DB2AE8F2EC14770F19 | Sneak N Peek |
| 05/14/2012 22:10:33 | 305261E178F1D06CC77BB429C957E8355939307D | Silver Bullets |
| 05/09/2012 23:46:20 | ECC49510C0B61C4F92EFCB62AD1A48994B8A88CF | Pretty Back Door Baby |
| 03/06/2012 00:25:02 | 199359CF876F2084E348C466D85746AEEF4E2CB6 | Blonde Ambition |
| 02/04/2012 01:02:19 | A2B241910AF054A2952F534471357539F786F52A | Leila Last Night |
| 01/14/2012 13:02:06 | 912C4BAEC89411BF65A968562AC8B7E7B3F1E9CB | Anneli Leila Menage A Trois |

**Total Statutory Claims Against Defendant: 28**