# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT INDIANA

MALIBU MEDIA, LLC,                       )
                                         )
   Plaintiff,            ) Civil Action Case No. _____
                                         )
v.                                       )
                                         )
JOHN DOE subscriber assigned IP address  )
98.222.184.69,                           )
                                         )
   Defendant.            )
_____ )

## MOTION FOR LEAVE TO SERVE A THIRD PARTY
## SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

  Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; and (2) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena prior to a Rule 26(f) conference (the "Motion").  A proposed order is attached for the Court's convenience.

  Dated:  February _____, 2013

           Respectfully submitted,

           NICOLETTI & ASSOCIATES, PLLC

     By:  */s/ Paul J. Nicoletti*_____
        Paul J. Nicoletti, Esq. (P44419)
        36880 Woodward Ave, Suite 100
        Bloomfield Hills, MI 48304
        Tel:  (248) 203-7800
        Fax:  (248) 203-7801
        E-Fax: (248) 928-7051
        Email:  paul@nicoletti-associates.com
        *Attorneys for Plaintiff*

1