**Copyrights-In-Suit for IP Address 98.222.184.69**

**ISP:** Comcast Cable
**Location:** Greenwood, IN

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 10/23/2012 |
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 12/24/2012 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 01/14/2012 |
| Blonde Ambition | PA0001779796 | 03/05/2012 | 03/06/2012 | 03/06/2012 |
| Constance Aaron X-Art on TV | PA0001771707 | 12/02/2011 | 01/17/2012 | 06/08/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 08/15/2012 |
| Daydream | PA0001810455 | 10/15/2012 | 10/15/2012 | 10/17/2012 |
| Farewell | PA0001800473 | 08/03/2012 | 08/07/2012 | 01/13/2013 |
| Foot Fetish | PA0001793970 | 06/20/2012 | 06/21/2012 | 06/26/2012 |
| House of the Rising Sun | PA0001806475 | 09/07/2012 | 09/19/2012 | 09/07/2012 |
| LA Love | PA0001790458 | 03/22/2010 | 05/23/2012 | 06/05/2012 |
| Leila Last Night | PA0001775906 | 02/01/2012 | 02/17/2012 | 02/04/2012 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 06/08/2012 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 01/13/2013 |
| Pretty Back Door Baby | PA0001789427 | 05/08/2012 | 05/10/2012 | 05/09/2012 |
| Side by Side | PA0001805261 | 09/03/2012 | 09/19/2012 | 09/01/2012 |
| Silver Bullets | PA0001790373 | 05/13/2012 | 05/16/2012 | 05/14/2012 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 06/03/2012 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 11/01/2012 |
| Stay With Me | PA0001780465 | 10/28/2011 | 03/10/2012 | 06/24/2012 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 12/09/2012 |

EXHIBIT B

SIN20

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 09/24/2012 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 12/29/2012 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 07/30/2012 |
| Underwater Lover | PA0001806474 | 09/17/2012 | 09/20/2012 | 09/21/2012 |
| Want You | PENDING | 01/15/2013 | 01/27/2013 | 01/16/2013 |
| Warm Inside | PA0001820856 | 01/11/2013 | 01/20/2013 | 01/13/2013 |
| Yoga in the Sky | PA0001794715 | 06/27/2012 | 06/29/2012 | 01/13/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  28**

EXHIBIT B

SIN20