## RETURN OF SERVICE

**State of Indiana**　　　　　　　　　**County of Southern**　　　　　　　　　**Court**

Case Number: 1:13-CV-00205-WTL-MJD

Plaintiff:
**Malibu Media LLC**
vs.
Defendant:
**Kelley Tashiro**

Received by Affordable Process Service Inc. to be served on **Kelley Tashiro, 3690 Chancellor Drive, Greenwood, IN 46143**.

I, Heather Roudebush, do hereby affirm that on the **28th day of April, 2013** at **10:05 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons & Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Charles Tashiro** as **Spouse** at the address of: **3690 Chancellor Drive, Greenwood, IN 46143**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 50,  Sex: M,  Race/Skin Color: Asian,  Height: 5'8",  Weight: 250,  Hair: Black,  Glasses: N

I certify that I am over the age of 18, not a party to the action, in the judicial circuit in which the process was served.

**Heather Roudebush**
Process Server

**Affordable Process Service Inc.**
**5868 East 71st Street**
**Suite E-229**
**Indianapolis, IN 46220**
**(317) 776-0044**
Our Job Serial Number: HLR-2013000221
Ref: SIN20-1

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i

Case 1:13-cv-00205-WTL-MJD Document 15 Filed 04/22/13 Page 2 of 2 PageID #: 107
Case 1:13-cv-00205-WTL-MJD Document 16 Filed 05/02/13 Page 2 of 2 PageID #: 137

SMITH VAWA + 135

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| MALIBU MEDIA, LLC <br><br> *Plaintiff* <br><br> v. <br><br> KELLEY TASHIRO <br><br> *Defendant* | ) ) ) ) ) Civil Action No. 1:13-cv-00205-WTL-MJD ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Kelley Tashiro
3690 Chancellor Drive
Greenwood, IN 46143

ACCEPTED BY
CHARLES TASHIRO
4/28/13  1005A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul J. Nicoletti, Esq.
NICOLETTI & ASSOCIATES, PLLC
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

Date: 04/22/2013

BY: *Daniel J. Habing*
Deputy Clerk