UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>KELLEY TASHIRO,<br><br>Defendants. | Civil Action No. 1:13-cv-00205-WTL-MJD |

**DEFENDANT'S PRELIMINARY WITNESS AND EXHIBIT LIST**

NOW COMES, the Defendant, KELLEY TASHIRO, by and through counsel, who, pursuant to this Court's Case Management Order (ECF Doc. 29), who files this preliminary witness and exhibit list that she presently anticipates making use of at trial.  Tashiro reserves the right to seasonably supplement or amend this list at any time prior to trial

I. Witnesses

  a. Kelley Tashiro;

  b. Charles Tashiro;

  c. All persons named in Plaintiff's initial disclosures, preliminary witness lists, and final witness lists;

  d. Any expert yet to be retained;

  e. Any expert retained by Plaintiff;

  f. IPP, Limited – through its agents; and

  g. Any other persons revealed through discovery to have relevant information to allow for a just resolution of this case.

II. Exhibits

      a. None at this time.

**III. Other**

      a. Upon discovery of any additional witnesses or exhibits, Tashiro will seasonably supplement and file an Amended Disclosure with the Court.

      b. This list is not inclusive of impeachment or rebuttal witnesses or exhibits.

Dated: August 8, 2013          Respectfully submitted,

                                      /s/ Jonathan LA Phillips  
                                      Jonathan LA Phillips  
                                      One of Tashiro's Attorneys  
                                      Shay Kepple Phillips, Ltd  
                                      456 Fulton St.  
                                      Ste. 255  
                                      Peoria, Illinos 61602  
                                      309.494.6155 (p)  
                                      309.494.6156 (f)  
                                      jphillips@skplawyers.com

**CERTIFICATE OF SERVICE**

I certify that on August 8, 2013 a copy of the foregoing was filed using CMECF, thus serving all appropriate parties, including:

Paul J. Nicoletti
NICOLETTI & ASSOCIATES, P.C.
36880 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304
*Attorneys for Plaintiffs*

    /s/ Jonathan LA Phillips
    Jonathan LA Phillips
    One of Tashiro's Attorneys
    Shay Kepple Phillips, Ltd
    456 Fulton St.
    Ste. 255
    Peoria, Illinos 61602
    309.494.6155 (p)
    309.494.6156 (f)
    jphillips@skplawyers.com