UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
|     Plaintiff, ) | Civil Case No. 1:13-cv-00205-WTL-MJD |
| ) | |
| v. ) | |
| ) | |
| KELLEY TASHIRO, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

**PARTIES' AGREED ELECTRONIC DISCOVERY PROTOCOL**

Through discovery, Plaintiff will request from Defendant full and complete forensically sound copies of Defendant's hard drive(s).

Plaintiff will produce to Defendant all applicable PCAPs (packet captures, in .exe or .rtf formats), .torrent files, .mov files, and mp4 files that correlate to the infringed works. These files will be provided to Defendant by DVD or flash drive.

Dated:  September 19, 2013

Respectfully submitted,

| | |
|---|---|
| By: /s/ *Paul J. Nicoletti* | By: /s/ *Jonathan LA Philips* |
| Paul J. Nicoletti, Esq. (P44419) | Jonathan LA Phillips |
| NICOLETTI & ASSOCIATES, PLLC | One of Doe's Attorneys |
| 36880 Woodward Ave, Suite 100 | 418 Fulton St. |
| Bloomfield Hills, MI 48304 | Ste. 255 |
| Tel:  (248) 203-7800 | Peoria, IL 61602 |
| Fax:  (248) 203-7801 | 309.494.6155 |
| E-mail:  paul@nicoletti-associates.com | E-mail: jphillips@skplawyers.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                              By:      /s/ *Paul J. Nicoletti*