UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOHN DOE subscriber assigned IP address )<br>98.222.184.69, )<br>KELLEY TASHIRO, )<br>)<br>Defendants. ) | No. 1:13-cv-00205-WTL-MJD |

### ENTRY FOR JANUARY 3, 2014
### HONORABLE WILLIAM T. LAWRENCE

The Court now sets the **Jury Trial** on **November 12, 2014 at 9:00 a.m.** in Courtroom 202, Birch Bayh Federal Building and United States District Courthouse, 46 East Ohio Street, Indianapolis, Indiana. The Court allots three days to try this case.

The **Final Pre-Trial Conference** shall be conducted on **October 10, 2014 at 2:00 p.m.** in Room 202. Prior to the conference, Counsel shall be prepared to fully discuss the status of the action, including all matters requiring completion preparatory to trial. Counsel having primary trial responsibility shall attend the final pretrial in person.

Copy to:

All ECF-registered counsel of record via email