```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF INDIANA
                       INDIANAPOLIS DIVISION
```

```
MALIBU MEDIA, LLC,              )
                                )
          Plaintiff,            )
     vs.                        ) NO. 1:13-cv-00205-WTL-MJD
                                )
KELLEY TASHIRO,                 )
                                )
          Defendant.            )
```

**MINUTE ENTRY FOR JANUARY 2, 2014**
**STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. The parties reported on the status of production of Defendant's hard drive and report that they are in agreement that a protective order is not needed. Due to the delay in production of the hard drive, the Court will amend the parties Case Management Order as follows:

    **I.**    <u>**Pretrial Pleadings and Disclosures**</u>

    F.  Plaintiff(s) shall disclose the name, address, and vita of any expert witness relating to liability issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) and disclosures required by Fed. R. Civ. P. 26(a)(2)(c) on or before **February 10, 2014** Defendant(s) shall disclose the name, address, and vita of any expert witness relating to liability issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) and disclosures required by Fed. R. Civ. P. 26(a)(2)(c) on or before **March 14, 2014**. Plaintiff(s) shall disclose the name, address, and vita of any expert witness relating to damages issues, and shall serve the report required by Fed. R. Civ. P. 26(a)(2) and disclosures required by Fed. R. Civ. P. 26(a)(2)(c) on or before **May 27, 2014**. Defendant(s) shall disclose the name, address, and vita of any expert witness relating to damages issues, and shall serve the report required by Fed. R. Civ.

P. 26(a)(2) and disclosures required by Fed. R. Civ. P. 26(a)(2)(c) on or before **June 30, 2014**.

## II.     Discovery and Dispositive Motions

Dispositive motions are expected and shall be filed by **April 28, 2014**; discovery relating to all liability issues, including liability expert witness discovery, shall be completed by **April 11, 2014**; discovery relating to all damages issues, including damages expert witness discovery, shall be completed by **August 5, 2014**.

All other requirements of the Court's Order [Dkt. 29] remain in full force and effect.

The settlement conference scheduled for January 31, 2014 is continued to **April 3, 2014 at 1:00 p.m.**  All other requirements of the Court's order dated 7/11/2013 [dkt. 28] remain in full force and effect.

This matter is scheduled for a telephonic discovery conference on **Friday, January 10, 2014 at 1:30 p.m.** to discuss a dispute regarding Plaintiff's discovery responses.  Counsel shall attend the status conference by calling the designated phone number, to be provided by the Court via email generated by the Court's ECF system.

Dated: 01/03/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.