```
               UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF INDIANA
                   INDIANAPOLIS DIVISION


MALIBU MEDIA, LLC,            )
                              )
          Plaintiff,          )
     vs.                      ) NO. 1:13-cv-00205-WTL-MJD
                              )
KELLEY TASHIRO,               )
                              )
          Defendant.          )
```

### MINUTE ENTRY FOR JANUARY 10, 2014
### DISCOVERY CONFERENCE
### HON. MARK J. DINSMORE, MAGISTRATE JUDGE

Parties appeared by telephone for a Discovery Conference to discuss a discovery dispute. Several issues were resolved and Defendant was authorized to file a Motion with regard to the remaining issues.

Dated: 01/17/2014

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.