## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT INDIANA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:13-cv-00205-WTL-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| KELLEY TASHIRO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO  DEFENDANT'S MOTION TO BAR TESTIMONY OF IPP [CM/ECF 60], MOTION FOR AN ORDER TO SHOW CAUSE [CM/ECF 62], AND MOTION TO COMPEL [CM/ECF 64]

THIS CAUSE came before the Court upon Plaintiff's Second Motion for Extension of Time to Respond to Defendant's Motion to Bar Testimony Of IPP [CM/ECF 60], Motion for an Order to Show Cause [CM/ECF 62], and Motion to Compel [CM/ECF 64] (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted.  Plaintiff shall have up to and including February 12, 2014 to file its response to Defendant's Motion to Bar Testimony Of IPP [CM/ECF 60], Motion for an Order to Show Cause [CM/ECF 62], and Motion to Compel [CM/ECF 64].

SO ORDERED this 7th day of February, 2014.

By: _____

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
All Electronically
registered counsel