UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 1:13-cv-00205-WTL-MJD |
| ) | |
| v. ) | |
| ) | |
| KELLEY TASHIRO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE THAT DEFENDANT DOES NOT OPPOSE THE PROTECTIVE ORDER BEING FILED UNDER SEAL [CM/ECF 72]**

PLEASE TAKE NOTICE, Defense counsel emailed undersigned today and stated that Defendant does not oppose Plaintiff's motion to file its motion for a protective order under seal [CM/ECF 72]. Accordingly, the issue is now ripe for adjudication.

Dated:  February 13, 2013

                                              Respectfully submitted,

                                              NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
        Paul J. Nicoletti, Esq. (P44419)
        36880 Woodward Ave, Suite 100
        Bloomfield Hills, MI 48304
        Tel:  (248) 203-7800
        Fax:  (248) 203-7801
        E-Fax: (248) 928-7051
        Email:  paul@nicoletti-associates.com
        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 13, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

              By:  /s/ *Paul J. Nicoletti*