# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KELLEY TASHIRO, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 1:13-cv-00205-WTL-MJD |

## STIPULATION

This Stipulation is made on this 15th day of March, 2014 by and between Plaintiff Malibu Media, LLC ("Plaintiff") and Defendant Kelley Tashiro ("Defendant"). NOW, THEREFORE, the parties hereby stipulate:

1. Plaintiff will only seek a maximum $750 in damages per infringement. For the avoidance of doubt, this stipulation in no way limits Plaintiff's ability to recover costs and attorney's fees under 17 U.S.C. §505.

**IT IS SO STIPULATED.**

Dated: March 13, 2014

| NICOLETTI LAW PLC | SHAY KEPPLE PHILLIPS, LTD |
|---|---|
| By: /s/ *Paul J. Nicoletti* | By: /s/ *Jonathan LA Phillips* |
| Paul J. Nicoletti, Esq. (P44419) | Jonathan LA Phillips, Esq. |
| 33717 Woodward Ave, Suite 433 | 418 Fulton St. |
| Birmingham, MI 48009 | Ste. 255 |
| Tel: (248) 203-7800 | Peoria, IL 61602 |
| E-Fax: (248) 928-7051 | Tel: (309) 494-6155 |
| Email: pauljnicoletti@gmail.com | E-mail: jphillips@skplawyers.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2014, a true and correct copy of the foregoing document was served via U.S. Mail and/or email to the following:

Jonathan LA Phillips, Esq.
418 Fulton St.
Ste. 255
Peoria, IL 61602
E-mail: jphillips@skplawyers.com
*Attorney for Defendant*

                              By:    /s/ *Paul J. Nicoletti*