IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>KELLEY TASHIRO<br><br>Defendants | Case No. 1:13-cv-00205-WTL-MJD<br><br>Hon. Mark J. Dinsmore |

### NOTICE

NOW COMES, the Defendant, KELLEY TASHIRO ("Tashiro"), by and through counsel, who provides notice, to the Court and Plaintiff, that she does not intend to file a written response to the motion to amend the complaint, and if that motion is granted, will address her concerns in a procedurally appropriate Motion to Dismiss, if at all.

Respectfully submitted,

/s/ Jonathan LA Phillips
One of her attorneys
456 Fulton St. | Ste. 255
Peoria, IL 61602
309.494.6155 | jphillips@skplaywers.com
IL ARDC No. 6302752

### CERTIFICATE OF SERVICE

I certify that on May 9, 2014, a copy of the foregoing has been filed with the Clerk of the Court via the Court's ECF filing system, thereby serving it upon all counsel of record.

/s/ Jonathan LA Phillips