## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 1:13-cv-00205-WTL-MJD |
| v. | ) |
| KELLEY TASHIRO, | ) |
| Defendant. | ) |

### ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING COMCAST TO COMPLY WITH A THIRD PARTY SUBPOENA

THIS CAUSE came before the Court upon Plaintiff's Motion for Entry of an Order Authorizing Comcast to Comply With a Third Party Subpoena (the "Motion"), and the Court being duly advised, and no opposition having been filed, does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is GRANTED. Plaintiff may serve a third party subpoena on Comcast and Comcast should comply with Plaintiff's Subpoena *Duces Tecum* for deposition as outlined in Plaintiff's Motion.

SO ORDERED this 25th day of June, 2014.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:
Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.