**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MALIBU MEDIA, LLC | |
| Plaintiff, | |
| v. | Case No. 1:13-cv-00205-WTL-MJD |
| KELLEY TASHIRO and N. CHARLES TASHIRO | Hon. Mark J. Dinsmore |
| Defendants | |

**DEFENDANTS' SECOND & UNNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO:**
**PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES (ECF DOC. 132)**

NOW COME, the Defendants, KELLEY TASHIRO and N. CHARLES TASHIRO, by and through counsel, who moves this Court for an extension of time to Respond to Plaintiff's Motion To Strike Defendant's Affirmative Defenses, stating as follows:

1. Due to a family medical emergency, Defendants' counsel is unable to respond to the Motion to Strike (ECF Doc. 132) prior to the previously extended due date.

2. Accordingly, this Motion is being brought, and despite limited ability to contact opposing counsel, and technical issues on Plaintiff's counsel's end, opposing counsel has courteously agreed to a further 14-day extension.

3. The Defendants are seeking a fourteen-day extension of time, to August 12, 2014, which places the total amount of extension of time at 28 days. Pursuant to Local Rule 6-1, a 28-day single extension would have been treated as automatic if filed for in the initial motion to extend time.

4. It would be just and appropriate to extend the time for Responding to the Motion to Strike to August 12, 2014. It certainly would not prejudice any party to the proceedings.

5. This is the second extension sought regarding this Motion. No case management deadlines will be interfered with.

6. A proposed order is attached.

WHEREFORE, the Defendants, KELLEY TASHIRO and N. CHARLES TASHIRO respectfully request that this Honorable Court provide them until August 12, 2014 to file their Response to Plaintiff's Motion to Strike.

Respectfully submitted,

/s/ Jonathan LA Phillips
One of their attorneys
Shay Phillips, Ltd.
456 Fulton St. | Ste. 255
Peoria, IL 61602
309.494.6155 | jphillips@skplaywers.com
IL ARDC No. 6302752

| CERTIFICATE OF SERVICE |
| --- |

I certify that on July 29, 2014, a copy of the foregoing has been filed with the Clerk of the Court via the Court's ECF filing system, thereby serving it upon all counsel of record.

/s/ Jonathan LA Phillips