## DECLARATION OF PATRICK PAIGE

**I, PATRICK PAIGE, DO HEREBY DECLARE:**

1. I am over the age of eighteen (18) and otherwise competent to make this declaration. The facts stated herein are based upon my personal knowledge.

2. I have more than 25 years of law enforcement investigation experience, including more than 10 years as a computer crimes detective.

3. I have many forensic certifications including EnCE, CEECS, SCERS, and formerly CFCE. Additionally, I was an EnCase® certified instructor for Guidance Software and have taught many forensic analysts around the country.

4. I have earned many awards including Detective of the Month, U.S. Customs Service Unit Commendation Citation Award for computer forensic work, and have twice earned the Outstanding Law Enforcement Officer of the Year citation award by the United States Justice Department.

5. I am currently managing partner of Computer Forensics, LLC – a company committed to providing top quality service and knowledge in the fields of e-discovery and computer forensics.

6. One of the most basic rules of thumb for forensic examinations is to use a write blocker or some other method to protect the integrity of the data and prevent modifications.

7. A write blocker ensures that the examiner does not alter any files on the drive that he or she is examining thereby maintaining the integrity of the evidence.

8. Upon examining the Western Digital hard drive, I found two (2) files that showed a last access date of 6/6/2014 – which seems to indicate that the drive was plugged into a computer on that date but no files were accessed.

9. If a write blocker had been used on 6/6/2014 those two (2) files would *not* have shown a last access date of 6/6/2014.

10. Failing to use a write blocker violates one of the most basic tenants of forensic examinations.

**FURTHER DECLARANT SAYETH NAUGHT.**

## DECLARATION

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of September, 2014.

By: _Patrick Paige_
Digitally signed by Patrick Paige
DN: cn=Patrick Paige, o=Computer Forensics LLC, ou, email=patrick@patrickpaige.com, c=US
Date: 2014.09.09 16:40:43 -04'00'
**PATRICK PAIGE**