# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>KELLEY TASHIRO and N. CHARLES TASHIRO<br><br>Defendants | Case No. 1:13-cv-00205-WTL-MJD<br><br>Hon. Mark J. Dinsmore |

## DECLARATION

The undersigned does hereby declare:

1. My name is N. Charles Tashiro, and I am now a defendant in the above captioned case.

2. The Comcast account for NCTASHIRO is my account.

3. The Comcast account for NCTASHIRO is not KELLEY TASHIRO'S account.

4. If a message was sent to [NCTASHIRO@COMCAST.NET](mailto:NCTASHIRO@COMCAST.NET) there is no reason that KELLEY TASHIRO would receive the same.

5. I do not recall receiving any DMCA notices.

6. At the time of my deposition I was not a party to the above captioned litigation.

7. At the time of my deposition I testified truthfully, to the best of my ability.

8. My ability to testify to matters that occurred two, four, five, or even seven years ago was necessarily limited by my ability to recall events from that long ago.

9. When I was presented with specific categories of purported internet activity, this jogged my recollection, and I was able to answer with more certainty than at my deposition.

10. In fact, if provided with specific examples at my deposition, I may have been able to provide more specific answers at that time.

11. If called to testify as a witness, I could truthfully and competently testify to the foregoing.

FURTHER, DECLARANT SAYETH NAUGHT

<u>DECLARATION</u>

PURSUANT TO 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed October 16, 2014

_____
N. Charles Tashiro