UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:13-cv-00205-WTL-MJD |
| | ) | |
| KELLEY TASHIRO, | ) | |
| N. CHARLES TASHIRO, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER SETTING EVIDENTIARY HEARING**

This matter comes before the Court on Plaintiff's Motion for Sanctions Against Defendants for Spoliation of Evidence and Perjury, [Dkt. 130], and Plaintiff's supplement to this motion. [Dkt. 159.] The Court hereby sets this matter for an evidentiary hearing on the above-mentioned motion and supplement on **Thursday, January 22, 2015 at 1:00 p.m.** in room 243, United States Courthouse, 46 East Ohio Street, Indianapolis, Indiana. Should the parties not complete their presentation of evidence on that day, the Court has also reserved the period from **1:00 p.m. to 4:00 p.m. on Friday, January 23, 2015** for any continuation of the hearing.

On or before **Monday, December 15, 2014**, each party shall file a list of witnesses the party plans to present at the hearing, as well as a summary of each witness's proposed testimony. By **December 15, 2014**, each party shall also file a list of the exhibits that party plans to present at the hearing, and shall exchange with the opposing party any such exhibits that have not previously been produced to the opposing party.

Dated: 11/25/2014

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Paul J. Nicoletti
NICOLETTI LAW, PLC
paul@nicoletti-associates.com

Jonathan LA Phillips
SHAY KEPPLE PHILLIPS, LTD
jphillips@skplawyers.com