IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>KELLEY TASHIRO and N. CHARLES TASHIRO<br><br>Defendants | Case No. 1:13-cv-00205-WTL-MJD<br><br>Hon. Mark J. Dinsmore |

**EXHIBITS IN SUPPORT OF:**
**DEFENDANTS SIXTH MOTION IN LIMINE**
**TO EXCLUDE PAIGE'S EXPERT WITNESS REPORT REGARDING HIS TEST OF IPP'S SOFTWARE**

THE DEFENDANTS, Kelley Tashiro and N. Charles Tashiro, provide the Court with the following exhibits in support of the Defendants Sixth Motion in Limine:

- Ex. A – Patrick Paige's Curriculum Vitae
- Ex. B – A declaration concerning Patrick Paige's test of IPP software (unable to be labeled on the document due to editing restrictions

Respectfully submitted,

/s/ Jonathan LA Phillips
One of their attorneys
Shay Phillips, Ltd.
456 Fulton St. | Ste. 255
Peoria, IL 61602
309.494.6155 | jphillips@skplaywers.com
IL ARDC No. 6302752

**CERTIFICATE OF SERVICE**

I certify that on January 2, 2015, a copy of the foregoing has been filed with the Clerk of the Court via the Court's ECF filing system, thereby serving it upon all counsel of record.

/s/ Jonathan LA Phillips