UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:13-cv-00205-WTL-MJD ) |
| KELLEY TASHIRO, N. CHARLES TASHIRO, | ) ) ) |
| Defendants. | ) ) |

SCHEDULING ORDER
Hon. Magistrate Judge Mark J. Dinsmore

This matter comes before the Court on Defendants Motions in Limine Dkts. 170, 172, 173, 175, 176, 177, and 179.  Any responses to those motions are due on or before **January 16, 2015.**  Any replies in support of those motions are due on or before **January 22, 2015**.

The Court does not, at present, intend to rule on those motions in advance of the January 29, 2015 hearing; consequently, the parties should prepare for the hearing accordingly.

Dated: 01/05/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel