UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT INDIANA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:13-cv-00205-WTL-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| KELLEY TASHIRO, | ) | |
| N. CHARLES TASHIRO | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO APPEAR *PRO HAC VICE* FILED ON BEHALF OF ATTORNEYS JASON H. COOPER AND MICHAEL KEITH LIPSCOMB**

Counsel for Plaintiff, Paul J. Nicoletti, of the law firm Nicoletti Law, PLC, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves for entry of an Order granting Jason H. Cooper and Michael Keith Lipscomb of Lipscomb, Eisenberg & Baker, PL, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiff, Malibu Media, LLC, in the above-styled cause only.  In support of this motion, the undersigned states:

1.   The Certifications of Jason H. Cooper and Michael Keith Lipscomb, as required by S.D. Ind. Local Rule 83-6(b), are attached hereto as Exhibits A and B respectively.

2.   Plaintiff paid the requisite fee in the amount of Sixty Dollars ($60.00) contemporaneously with filing this motion.

**WHEREFORE,** the undersigned counsel respectfully requests that this Court enter an Order granting Jason H. Cooper and Michael Keith Lipscomb leave to appear *pro hac vice* for purposes of this cause only.

1

Dated: January 12, 2015

                              Respectfully submitted,

                              NICOLETTI LAW, PLC

By:   /s/ *Paul J. Nicoletti*
       Paul J. Nicoletti, Esq. (P44419)
       33717 Woodward Avenue, #433
       Birmingham, MI 48009
       Tel: (248) 203-7800
       E-Fax: (248) 928-7051
       Email: pauljnicoletti@gmail.com
       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2015, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorneys Jason H. Cooper and Michael Keith Lipscomb was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                              By:   /s/ *Paul J. Nicoletti*