UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 1:13-cv-00205-WTL-MJD |
| KELLEY TASHIRO, N. CHARLES TASHIRO, | ) ) ) ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR JANUARY 29, 2015
HEARING
HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter came before the Court for a hearing on Plaintiff's Motion for Sanctions Against Defendants for Spoliation of Evidence and Perjury. [Dkt. 130.] Prior to the start of the hearing, counsel for Defendants advised the Court and Plaintiff's counsel that Defendant N. Charles Tashiro had just advised counsel of his intent to invoke his rights pursuant to the 5th Amendment to the United States Constitution during his examination at the hearing. Counsel for Plaintiffs concluded that this circumstance resulted in a conflict of interest between his two clients. Counsel for Defendant N. Charles Tashiro committed to filing a motion to withdraw as counsel for N. Charles Tashiro by no later than February 5, 2015. As a result, the evidentiary hearing on Plaintiff's Motion for Sanctions Against Defendants for Spoliation of Evidence and Perjury [Dkt. 130] is continued to **Thursday, April 30, 2015 at 9:00 a.m. in room 243**, United States Courthouse, Indianapolis, Indiana. All other requirements of the Courts' orders dated 11/25/2104 [Dkt. 165], 1/27/2015 [Dkt. 204] and 1/27/2015 [Dkt. 205] remain in effect.

Dated: 02/04/2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.