**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>KELLEY TASHIRO and N. CHARLES TASHIRO<br><br>Defendants | Case No. 1:13-cv-00205-WTL-MJD<br><br>Hon. Mark J. Dinsmore |

| ORDER |
|---|

THIS MATTER is before the Court on counsel Jonathan LA Phillips' Motion for Leave to Withdraw as Counsel for N. Charles Tashiro. [Dkt. 207.] That motion is hereby **DENIED** without prejudice to its resubmission for Mr. Phillips' failure to comply with the requirements of Local Rule 83-7(c)(2) and (3). S.D. Ind. L.R. 83-7(c).

Dated: 02/06/2015

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

To all counsel of record via CM/ECF

1