IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>Plaintiff,<br><br>v.<br><br>KELLEY TASHIRO and N. CHARLES TASHIRO<br><br>Defendants | Case No. 1:13-cv-00205-WTL-MJD<br><br>Hon. Mark J. Dinsmore |

**ORDER**

THIS MATTER before the Court on counsel Jonathan LA Phillips' Motion for Leave to Withdraw as Counsel for N. Charles Tashiro [Dkt. 209], and the Court being duly advised:

IT IS ORDERED:

    A.    The Motion is **GRANTED**;

    B.    Jonathan LA Phillips, and the firm Shay Phillips, Ltd., are hereby granted leave to withdraw as counsel for N. Charles Tashiro only (Mr. Phillips shall remain as counsel for Defendant Kelly Tashiro); and

    C.    Defendant N. Charles Tashiro has known of Mr. Phillips intent to withdraw since no later than January 29, 2015.  Mr. Tashiro is instructed to secure replacement counsel and have said counsel enter an appearance before this Court forthwith.  Until replacement counsel enters an appearance on his behalf, Mr. Tashiro is and has been advised that he is representing himself in this matter and that he is responsible for all case deadlines as a self-represented party, including but not limited to participation in the evidentiary hearing on Plaintiff's Motion for Sanctions Against Defendants for Spoliation of Evidence and Perjury [Dkt. 130] scheduled to commence at 9:00 a.m. on April 30, 2015.

Counsel for the parties shall serve all case documents upon Mr. Tashiro directly, and are authorized to communicate directly with Mr. Tashiro, until replacement counsel appears in this matter on Mr. Tashiro's behalf

Dated: 2/13/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

To all counsel by CM/ECF

    and

*Via US Mail* to

N. Charles Tashiro
3690 Chancellor Drive
Greenwood, Indiana 46163

1