```
                                                        Page 1

 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF INDIANA
 3
 4   MALIBU MEDIA, LLC,                )
              Plaintiff,                )
 5                                      )
         v.                             )  No. 1:13-cv-00205-WTL-MJD
 6                                      )
     KELLEY TASHIRO,                    )
 7   N. CHARLES TASHIRO,                )
              Defendant.                )
 8
 9              DEPOSITION OF DELVAN NEVILLE
10              Taken on behalf of the Plaintiff
11                          * * *
12         BE IT REMEMBERED THAT, pursuant to the Federal
13   Rules of Civil Procedure, the deposition of DELVAN NEVILLE
14   was taken before Cheryl L. Haase, a Registered Professional
15   Reporter, on January 27th, 2015, commencing at the hour of
16   2:27 p.m., at the Comfort Suites, 1730 NW 9th St.,
17   Corvallis, Oregon.
18                          * * *
19
20
21
22
23
24
25
```

Page 27

1  Q.  Okay.  And you agree, packet analyzers can record
2  the network traffic between the computer -- two computers,
3  correct?  That's standard computer stuff.
4  A.  Provided that you know how to use the software to
5  do so, yes.
6  Q.  Thank you.
7      Okay.  Now, I don't want to get into the
8  Prenda's story, it's not Malibu Media's story by any
9  stretch, but I know it very well and I know you do, too.
10 And I know Mr. Phillips does.  But the long and short of it
11 is, you were one of the people who helped catch Prenda, who
12 was seeding files that -- for copyrighted movies that he
13 actually purchased.
14      Is that basically the gist of what happened?
15      MR. PHILLIPS:  Objection.
16 A.  (Witness nods head.)
17 BY MR. LIPSCOMB:
18 Q.  You -- you can answer.
19 A.  So that's -- I mean, it's a bit of a short summary
20 of the other things that I had to analyze in the process of
21 coming to that conclusion as it wasn't clearly the
22 BitTorrent traffic; but yes, that was a good part of -- of
23 how I was involved in sort of throwing up the red flag of
24 Hey, look, all evidence points to they're the ones actually
25 handing out the -- the file to the swarm.