UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | No. 1:13-cv-00205-WTL-MJD |
| KELLEY   TASHIRO, | ) | |
| *et al.* | ) | |
| Defendants. | ) | |
| | ) | |

**MINUTE ENTRY FOR APRIL 30, 2015**
**HEARING**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

This matter came before the Court for a hearing on Plaintiff's Motion for Sanctions

Against Defendants for Spoliation of Evidence and Perjury.   [Dkt. 130.]   Evidence was

presented and the hearing was concluded.   This matter is set for a telephonic oral argument on

the motion at **11:00 a.m. (Eastern) on Friday, May 8, 2015**. Parties may, but are not required to

participate.   Counsel shall attend the telephonic oral argument by calling the designated

telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:   05/01/2015

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.