UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Cause No. 1:13-cv-205-WTL-MJD |
| | ) |
| KELLEY TASHIRO and | ) |
| N. CHARLES TASHIRO, | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Sanctions. [Dkt. No. 242.]  The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed.  The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.  The Court will enter default judgment against Defendants Kelley Tashiro and N. Charles Tashiro once the issue of damages is resolved.  To that end, **within 14 days of the date of this Order**, the Plaintiff shall file a notice informing the Court how it wishes to proceed with regard to proving damages.  The Defendants may file a response **within 7 days of the date of the Plaintiff's notice**.

SO ORDERED: 6/11/15

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification