**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT INDIANA**

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:13-cv-00205-WTL-MJD |
| | ) | |
| v. | ) | |
| | ) | |
| KELLEY TASHIRO, | ) | |
| N. CHARLES TASHIRO | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO INFORM THE COURT HOW IT WISHES TO PROCEED WITH REGARD TO PROVING DAMAGES**

THIS CAUSE, comes before the Court on Plaintiff's Motion for Extension of Time to Inform the Court How it Wishes to Proceed With Regard to Proving Damages (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's Motion is GRANTED.  Plaintiff may have up to and including Monday, June 29, 2015 to file its notice informing the court how it wishes to proceed with regard to proving damages.

DONE AND ORDERED this 26th day of June, 2015.

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification

1