UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Cause No. 1:13-cv-205-WTL-MJD |
| | ) |
| KELLEY TASHIRO and | ) |
| N. CHARLES TASHIRO, | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Entitlement to Fees and Sanctions [Dkt. No. 211.]  The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed.  The Plaintiff did file a motion asking the Magistrate Judge to reconsider his order; that motion was denied by the Magistrate Judge, and no objection has been filed with regard to that order.  The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation as set forth in Dkt. No. 228 and **DENIES** the Plaintiff's Motion for Entitlement to Fees and Sanctions [Dkt. No. 211].

SO ORDERED: 7/10/15

*/s/ William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification